# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 22-12106-ELF

WIDZA  CAUVIN BRYANT

2208 GARFIELD AVE

CROYDON, PA 19021-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

WIDZA  CAUVIN BRYANT

2208 GARFIELD AVE

CROYDON, PA 19021-

Counsel for debtor(s), by electronic notice only.

JEFFERY A FOURNIER, ESQ.
2480-B DURHAM RD

BRISTOL, PA 19007-

Date: 1/24/2023

/S/ Kenneth E. West
_____

Kenneth E. West, Esquire
Chapter 13 Standing Trustee