**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br>WIDZA CAUVIN BRYANT DBA VLADEMIR BRYANT FOUNDATION, INC., DBA BRYANT & BRYANT CONSULTING, LLC, DBA BRYANT AND BRYANT INSTITUTE<br>Debtor(s)<br><br>WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE OF CIM 2021-NR4<br>Movant<br>v.<br>WIDZA CAUVIN BRYANT DBA VLADEMIR BRYANT FOUNDATION, INC., DBA BRYANT & BRYANT CONSULTING, LLC, DBA BRYANT AND BRYANT INSTITUTE<br>Debtor(s)<br><br>PIERRE COVIN<br>Co-Debtor<br>KENNETH E. WEST<br>Trustee<br>Respondent(s) | Chapter: 13<br><br>Bankruptcy Case: 22-12106-elf<br><br>Judge: FRANK, ERIC L. |

**ORDER APPROVING STIPULATION/CONSENT ORDER**

AND NOW, upon consideration of the Stipulation between Debtor and Wilmington Savings Fund Society, FSB, not in its Individual Capacity but solely as Owner Trustee of CIM 2021-NR4 (Doc. # 54), it is hereby ORDERED that the Stipulation is APPROVED.*

Date: 1/30/23

_____
UNITED STATES BANKRUPTCY JUDGE
**ERIC L. FRANK**

\* To avoid any confusion due to the ambiguity in Paragraph 7 of the Stipulation, relief from the automatic stay shall be effective only upon the entry of an order of this court.