UNITED STATES BANKRUPTCY COURT
EASTER DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Widza Cauvin Bryant | : | Chapter 13 |
| Debtor | : | |
| | : | Bankruptcy No. 22-12106-ELF |
| | : | |
| | : | |
| | : | Objection to Proof of Claim #14 |
| | : | |

**PRAECIPE TO WITHDRAW
CLAIM OBJECTION**

TO THE PROTHONOTARY:

Please withdraw Claim Objection to Proof of Claim #14, (Wilmington Savings Fund Society, FSB) docket no. 59.

_____
Jeffery A. Fournier, Esquire
Attorney for Debtor