United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Widza Cauvin Bryant

    Debtor

Case No. 22-12106-amc

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2                 User: admin                           Page 1 of 3

Date Rcvd: Apr 03, 2023              Form ID: 167                        Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Widza Cauvin Bryant, 2208 Garfield Avenue, Croydon, PA 19021-8022 |
| 14719661 | + | Amer Assist AR Solutions, P.O. Box 610, Pickerington, OH 43147-0610 |
| 14719663 | | Capital One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 14719666 | | Durham & Durham LLP, 565 New Northside Drive, Suite 510, Atlanta, GA 30328 |
| 14719667 | | Exact Science Lab., 145 E. Badger Rd., Madison, WI 53713-2723 |
| 14719665 | | Frederic I. Weinberg & Assoc, P.C., Attn: Neil Sarker, Esquire, 375 Elm St., Conshohocken, PA 19428 |
| 14719668 | | Nationstar Mortgage LLC, 8950 Cypress Waters Blvd., Dallas, TX 75063 |
| 14715625 | + | Nationstar Mortgage LLC, C/O Andrew Spivack, Brock and Scott, PLLC, 8757 Red Oak Blvd. Suite 150, Charlotte, NC 28217-3977 |
| 14719659 | + | Penn Auto, 164 Lincoln Hwy, Ste 103, Fairless Hills, PA 19030-1000 |
| 14712818 | | RAS Citron, LLC, Robert Crawley, Esquire, 133 Gaither Dr Ste F, Mount Laurel, NJ, 08054-1710 |
| 14713112 | + | U.S. Department of Housing & Urban Development, 100 Penn Square East, 11TH FLOOR, Philadelphia, PA 19107-3325 |
| 14719654 | +++ | U.S. Department of Housing & Urban Development, 451 7th Street SW, Washington DC 20410-0002 |
| 14712817 | + | WILMINGTON SAVINGS FUND, SOCIETY FSB (TRUST 2017-RP2), 425 S. FINANCIAL PLACE, SUITE 2000, CHICAGO, IL 60605-1000 |
| 14736629 | + | Wilmington Savings Fund Society, FSB, c/o Steven K. Eisenberg, Esq, 1581 Main Street, Ste 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 14728534 | | Wilmington Savings Fund Society, FSB, et al., Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 03 2023 23:57:04 | Ally Financial, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Apr 03 2023 23:56:00 | Wilmington Savings Fund Society, FSB, not in its i, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 03 2023 23:56:00 | Nationstar Mortgage LLC, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 14719656 | + | Email/Text: bankruptcy@rentacenter.com | Apr 03 2023 23:56:00 | Acceptance Now, 5501 Headquarters, Plano, TX 75024-6191 |
| 14713866 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 03 2023 23:56:56 | Ally Financial, C/O Arvind Rawal, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14713670 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 03 2023 23:57:00 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14719657 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 03 2023 23:56:00 | Ally Financial, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 14722742 | | Email/PDF: bncnotices@becket-lee.com | Apr 04 2023 00:09:27 | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |

District/off: 0313-2                                    User: admin                                                    Page 2 of 3
Date Rcvd: Apr 03, 2023                          Form ID: 167                                          Total Noticed: 39

| 14715675 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 03 2023 23:56:56 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14719662 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 03 2023 23:56:56 | Capital One, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 14719664 | + Email/Text: electronicbkydocs@nelnet.net | Apr 03 2023 23:56:00 | Dept of ED / Nelnet, P.O. Box 82561, Lincoln, NE 68501-2561 |
| 14719658 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 03 2023 23:57:05 | First Premier Bank, 3820 N Louise Ave.,, Sioux Falls, SD 57107-0145 |
| 14721123 | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 03 2023 23:56:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud MN 56302-9617 |
| 14727460 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 03 2023 23:57:00 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14714016 | Email/Text: BankruptcyECFMail@mccalla.com | Apr 03 2023 23:56:00 | Wilmington Savings Fund Society, C/O Maria Tsagaris, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 14713865 | Email/Text: BankruptcyECFMail@mccalla.com | Apr 03 2023 23:56:00 | Wilmington Savings Fund Society, FSB, not in its, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14715312 | + Email/Text: nsm_bk_notices@mrcooper.com | Apr 03 2023 23:56:00 | Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, Texas 75019-4620 |
| 14726693 | Email/Text: nsm_bk_notices@mrcooper.com | Apr 03 2023 23:56:00 | Nationstar Mortgage, LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 14725346 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Apr 03 2023 23:56:00 | New Jersey Turnpike Authority, 1 Turnpike Plaza, P.O. Box 5042, Woodbridge, NJ 07095 |
| 14715311 | + Email/Text: EBN@brockandscott.com | Apr 03 2023 23:56:00 | Nationstar Mortgage LLC, C/O Brock and Scott, PLLC, Attorneys at Law, 8757 Red Oak Blvd., Suite 150, Charlotte, NC 28217-3977 |
| 14725863 | + Email/PDF: resurgentbknotifications@resurgent.com | Apr 03 2023 23:57:05 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 14719660 | + Email/PDF: RACBANKRUPTCY@BBANDT.COM | Apr 03 2023 23:56:57 | Regional Acceptance Corp., 1424 E. Fire Tower Rd., Greenville, NC 27858-4105 |
| 14720960 | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Apr 03 2023 23:56:57 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14723173 | + Email/Text: electronicbkydocs@nelnet.net | Apr 03 2023 23:56:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1904 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14719655 | * | RAS Citron, LLC, Robert Crawley, Esquire, 133 Gaither Dr Ste F, Mount Laurel, NJ, 08054-1710 |
| 14719653 | *+ | WILMINGTON SAVINGS FUND, SOCIETY FSB (TRUST 2017-RP2), 425 S. FINANCIAL PLACE, SUITE 2000, CHICAGO, IL 60605-1000 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2023                          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Nationstar Mortgage LLC andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Owner Trustee of CIM 2021-NR4 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DANIEL P. JONES | on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Owner Trustee of CIM 2021-NR4 djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| JEFFERY A. FOURNIER | on behalf of Debtor Widza Cauvin Bryant jefffournier@verizon.net |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| STEVEN K. EISENBERG | on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Owner Trustee of CIM 2021-NR4 seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In Re: Widza Cauvin Bryant

        Debtor(s)

Case No: 22−12106−amc

Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Ashely M. Chan , United States Bankruptcy Judge to consider:

Certification of Default
and
Objection to Certification of Default

on: 5/16/23

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA
19107

For The Court

Date:  4/3/23

Timothy B. McGrath
Clerk of Court

71 − 66, 70
Form 167