**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br>    WIDZA CAUVIN BRYANT DBA VLADEMIR BRYANT FOUNDATION, INC., DBA BRYANT & BRYANT CONSULTING, LLC, DBA BRYANT AND BRYANT INSTITUTE<br>        Debtor(s)<br><br>WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE OF CIM 2021-NR4<br>        Movant<br><br>v.<br><br>WIDZA CAUVIN BRYANT DBA VLADEMIR BRYANT FOUNDATION, INC., DBA BRYANT & BRYANT CONSULTING, LLC, DBA BRYANT AND BRYANT INSTITUTE<br>        Debtor(s)<br><br>PIERRE COVIN<br><br>        Co-Debtor<br>KENNETH E. WEST<br>        Trustee<br>        Respondent(s) | Chapter 13<br><br>Case Number: 22-12106-amc |

## O R D E R

AND NOW, this 27th day of June, 20 23 upon the Motion for Relief From Automatic Stay and upon Consent Order/Stipulation of Wilmington Savings Fund Society, FSB, not in its Individual Capacity but solely as Owner Trustee of CIM 2021-NR4 and any successor in interest and Debtor, Widza Cauvin Bryant dba Vlademir Bryant Foundation, Inc., dba Bryant & Bryant Consulting, LLC, dba Bryant and Bryant Institute, approved by this Court and Certification of Default filed by counsel for Movant, after opportunity to cure, it is ORDERED and DECREED that:

The Automatic Stay of all proceedings, as provided under §362 of the Bankruptcy Code (The Code) 11 U.S.C. §362, is modified to allow Wilmington Savings Fund Society, FSB, not in its Individual Capacity but solely as Owner Trustee of CIM 2021-NR4 and any successor in interest, to proceed with it under state and federal law concerning the Property (the "Property"):  **2208 Garfield Ave, Croydon, PA 19021**.

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE