United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-12106-amc |
| Widza Cauvin Bryant | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 29, 2023 | Form ID: pdf900 | Total Noticed: 43 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Widza Cauvin Bryant, 2208 Garfield Avenue, Croydon, PA 19021-8022 |
| 14719661 | + | Amer Assist AR Solutions, P.O. Box 610, Pickerington, OH 43147-0610 |
| 14719663 | | Capital One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 14719666 | | Durham & Durham LLP, 565 New Northside Drive, Suite 510, Atlanta, GA 30328 |
| 14719667 | | Exact Science Lab., 145 E. Badger Rd., Madison, WI 53713-2723 |
| 14719665 | + | Frederic I. Weinberg & Assoc, P.C., Attn: Neil Sarker, Esquire, 375 Elm St., Conshohocken, PA 19428-1973 |
| 14798256 | + | NationStar Mortgage LLC, c/o MARK A. CRONIN, KML Law Group, P.C., 701 Market Street, Ste 5000 Philadelphia, PA 19106-1541 |
| 14719668 | | Nationstar Mortgage LLC, 8950 Cypress Waters Blvd., Dallas, TX 75063 |
| 14715625 | + | Nationstar Mortgage LLC, C/O Andrew Spivack, Brock and Scott, PLLC, 8757 Red Oak Blvd. Suite 150, Charlotte, NC 28217-3977 |
| 14719659 | + | Penn Auto, 164 Lincoln Hwy, Ste 103, Fairless Hills, PA 19030-1000 |
| 14712818 | | RAS Citron, LLC, Robert Crawley, Esquire, 133 Gaither Dr Ste F, Mount Laurel, NJ, 08054-1710 |
| 14719654 | +++ | U.S. Department of Housing & Urban Development, 451 7th Street SW, Washington DC 20410-0002 |
| 14713112 | + | U.S. Department of Housing & Urban Development, 100 Penn Square East, 11TH FLOOR, Philadelphia, PA 19107-3325 |
| 14712817 | + | WILMINGTON SAVINGS FUND, SOCIETY FSB (TRUST 2017-RP2), 425 S. FINANCIAL PLACE, SUITE 2000, CHICAGO, IL 60605-1000 |
| 14728534 | | Wilmington Savings Fund Society, FSB, et al., Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 29 2023 23:40:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 29 2023 23:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 29 2023 23:42:37 | Ally Financial, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Aug 29 2023 23:40:00 | Wilmington Savings Fund Society, FSB, not in its i, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 29 2023 23:40:00 | Nationstar Mortgage LLC, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 14719656 | + | Email/Text: bankruptcy@rentacenter.com | Aug 29 2023 23:40:00 | Acceptance Now, 5501 Headquarters, Plano, TX 75024-5837 |
| 14713866 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 29 2023 23:42:31 | Ally Financial, C/O Arvind Rawal, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14713670 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |

Case 22-12106-amc    Doc 85    Filed 08/31/23    Entered 09/01/23 00:32:56    Desc Imaged
                          Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 29, 2023 | Form ID: pdf900 | Total Noticed: 43 |

| Recip ID | Type | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Aug 29 2023 23:42:43 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14719657 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 29 2023 23:39:00 | Ally Financial, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 14722742 | | Email/PDF: bncnotices@becket-lee.com | Aug 29 2023 23:56:14 | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 14715675 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 29 2023 23:42:37 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14719662 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 29 2023 23:42:37 | Capital One, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 14719664 | + | Email/Text: electronicbkydocs@nelnet.net | Aug 29 2023 23:40:00 | Dept of ED / Nelnet, P.O. Box 82561, Lincoln, NE 68501-2561 |
| 14719658 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 29 2023 23:42:44 | First Premier Bank, 3820 N Louise Ave.,, Sioux Falls, SD 57107-0145 |
| 14721123 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 29 2023 23:40:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud MN 56302-9617 |
| 14727460 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 29 2023 23:42:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14714016 | | Email/Text: BankruptcyECFMail@mccalla.com | Aug 29 2023 23:40:00 | Wilmington Savings Fund Society, C/O Maria Tsagaris, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 14713865 | | Email/Text: BankruptcyECFMail@mccalla.com | Aug 29 2023 23:40:00 | Wilmington Savings Fund Society, FSB, not in its, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14715312 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 29 2023 23:40:00 | Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, Texas 75019-4620 |
| 14798099 | ^ | MEBN | Aug 29 2023 23:34:05 | NATIONSTAR MORTGAGE LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14726693 | | Email/Text: nsm_bk_notices@mrcooper.com | Aug 29 2023 23:40:00 | Nationstar Mortgage, LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 14725346 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Aug 29 2023 23:40:00 | New Jersey Turnpike Authority, 1 Turnpike Plaza, P.O. Box 5042, Woodbridge, NJ 07095 |
| 14715311 | + | Email/Text: EBN@brockandscott.com | Aug 29 2023 23:40:00 | Nationstar Mortgage LLC, C/O Brock and Scott, PLLC, Attorneys at Law, 8757 Red Oak Blvd., Suite 150, Charlotte, NC 28217-3977 |
| 14725863 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 29 2023 23:42:44 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 14719660 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Aug 29 2023 23:56:07 | Regional Acceptance Corp., 1424 E. Fire Tower Rd., Greenville, NC 27858-4105 |
| 14720960 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Aug 29 2023 23:56:07 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14723173 | + | Email/Text: electronicbkydocs@nelnet.net | Aug 29 2023 23:40:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1904 |
| 14736629 | ^ | MEBN | Aug 29 2023 23:34:06 | Wilmington Savings Fund Society, FSB, c/o Steven K. Eisenberg, Esq, 1581 Main Street, Ste 200, The Shops at Valley Square, Warrington, PA 18976-3403 |

TOTAL: 28

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Aug 29, 2023 | Form ID: pdf900 | Total Noticed: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14719655 | * | RAS Citron, LLC, Robert Crawley, Esquire, 133 Gaither Dr Ste F, Mount Laurel, NJ, 08054-1710 |
| 14719653 | *+ | WILMINGTON SAVINGS FUND, SOCIETY FSB (TRUST 2017-RP2), 425 S. FINANCIAL PLACE, SUITE 2000, CHICAGO, IL 60605-1000 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2023         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2023 at the address(es) listed below:

**Name** | **Email Address**

ANDREW L. SPIVACK
on behalf of Creditor Nationstar Mortgage LLC andrew.spivack@brockandscott.com  wbecf@brockandscott.com

BRIAN CRAIG NICHOLAS
on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Owner Trustee of CIM 2021-NR4 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DANIEL P. JONES
on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Owner Trustee of CIM 2021-NR4 djones@sterneisenberg.com, bkecf@sterneisenberg.com

JEFFERY A. FOURNIER
on behalf of Debtor Widza Cauvin Bryant jefffournier@verizon.net

KENNETH E. WEST
ecfemails@ph13trustee.com  philaecf@gmail.com

MARK A. CRONIN
on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com

STEVEN K. EISENBERG
on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Owner Trustee of CIM 2021-NR4 seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In Re: Widza Cauvin Bryant | : Chapter 13 |
| Debtors | : Bankruptcy No. 22-12106-amc |

## ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE
## FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby ORDERED that:

1. This chapter 13 bankruptcy case is DISMISSED.

2. Counsel for the Debtor(s) shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are VACATED.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. Promptly after the expiration of the time period set forth in Paragraph 5 above, Counsel for the Debtor(s) shall file either: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty- three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date: August 29, 2023

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge