UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Widza Cauvin Bryant | : Chapter 13 |
| Debtors | : Bankruptcy No. 22-12106-amc |
| | : Application for Allowance |
| | : Administrative Fees and Costs |
| | : Rendered from 08/11/2022 to 08/10/2023 |

CERTIFICATION OF NO RESPONSE TO
APPLICATION FOR ALLOWANCE OF ATTORNEY FEES

I, Jeffery A. Fournier, Esquire, attorney for Debtors, hereby certifies the following:

1. That an Application for Allowance for Attorney Fees and Costs was filed on or about August 28, 2023.

2. Notice was served upon all creditors and interested parties on or about August 28, 2023.

3. More than twenty one (21) days have lapsed and there has been no response by creditors or interested parties.

4. Neither an objection to the proposed compensation nor an application for allowance of administrative fees and costs has been filed.

**WHEREFORE**, I respectfully request that the Application for Allowance of Administrative Fees and Costs be approved.

/s/ Jeffery A. Fournier, Esquire
Jeffery A. Fournier, Esquire
Attorney for Debtor