**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In Re: Widza Cauvin Bryant** | : **Chapter 13** |
| | : |
| | : |
| **Debtors** | : Bankruptcy No. 22-12106-amc |
| | : |
| | : Application for Allowance |
| | : Administrative Fees and Costs |
| | : Rendered from 08/11/2022 to 08/10/2023 |

**ORDER TO APPROVE APPLICATION**
**FOR ALLOWANCE OF ADMINISTRATIVE FEES AND COSTS**

AND NOW, upon consideration of the Application for ALLOWANCE OF ADMINISTRATIVE FEES AND COSTS ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby ORDERED that:

1. The Application is GRANTED.

2. Compensation is ALLOWED in favor of the Applicant in the amount of $8,090.96 and reimbursement of expenses of $318.04.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 less $1,600.00 which was paid by the Debtor(s) pre-petition.

Date: September 21, 2023

By the Court,

_____
Hon. Ashely M. Chan
United State Bankruptcy Judge