United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                          Case No. 22-12106-amc

Widza Cauvin Bryant                                                                              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                    User: admin                                                    Page 1 of 2

Date Rcvd: Sep 21, 2023                            Form ID: pdf900                                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                       regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2023:**

**Recip ID                       Recipient Name and Address**
db                          +  Widza Cauvin Bryant, 2208 Garfield Avenue, Croydon, PA 19021-8022

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2023                                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2023 at the address(es) listed below:**

**Name**                                 **Email Address**

ANDREW L. SPIVACK
                                                on behalf of Creditor Nationstar Mortgage LLC andrew.spivack@brockandscott.com  wbecf@brockandscott.com

BRIAN CRAIG NICHOLAS
                                                on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Owner Trustee of CIM
                                                2021-NR4 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DANIEL P. JONES
                                                on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Owner Trustee of CIM
                                                2021-NR4 djones@sterneisenberg.com, bkecf@sterneisenberg.com

JEFFERY A. FOURNIER
                                                on behalf of Debtor Widza Cauvin Bryant jefffournier@verizon.net

KENNETH E. WEST
                                                ecfemails@ph13trustee.com  philaecf@gmail.com

District/off: 0313-2

User: admin

Page 2 of 2

Date Rcvd: Sep 21, 2023

Form ID: pdf900

Total Noticed: 1

MARK A. CRONIN

on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com

STEVEN K. EISENBERG

on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Owner Trustee of CIM
2021-NR4 seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| | : | **Chapter 13** |
| **In Re: Widza Cauvin Bryant** | : | |
| | : | |
| **Debtors** | : | **Bankruptcy No. 22-12106-amc** |
| | : | |
| | : | **Application for Allowance** |
| | : | **Administrative Fees and Costs** |
| | : | **Rendered from 08/11/2022 to 08/10/2023** |

**ORDER TO APPROVE APPLICATION**
**FOR ALLOWANCE OF ADMINISTRATIVE FEES AND COSTS**

AND NOW, upon consideration of the Application for ALLOWANCE OF ADMINISTRATIVE FEES AND COSTS ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby ORDERED that:

1.  The Application is GRANTED.

2.  Compensation is ALLOWED in favor of the Applicant in the amount of $8,090.96 and reimbursement of expenses of $318.04.

3.  The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 less $1,600.00 which was paid by the Debtor(s) pre-petition.

By the Court,

Date:  September 21, 2023

Hon. Ashely M. Chan
United State Bankruptcy Judge